UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE BOOKHOUSE OF STUYVESANT PLAZA,
INC., FICTION ADDICTION LLC, and POSNAN
BOOKS GRAND CENTRAL, INC.,

        Plaintiffs,      13 **CIVIL** 1111 (JSR)

  -against-          **JUDGMENT**

AMAZON.COM, INC., RANDOM HOUSE,
INC., PENGUIN GROUP (USA) INC.,
HACHETTE BOOK GROUP, INC., SIMON &
SCHUSTER, INC., HARPERCOLLINS
PUBLISHERS LLC, and HOLTZBRINCK
PUBLISHERS, LLC d/b/a MACMILLAN,
        Defendants.
------------------------------------------------------------X

  The Publishers having moved to dismiss plaintiffs' restraint-of-trade claim, and Amazon having moved to dismiss the First Amended Complaint in its entirety, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on December 5, 2013, having rendered its Opinion and Order granting defendants' motions to dismiss in their entirety, and directing the Clerk of the Court to enter final judgment dismissing the Complaint with prejudice, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 5, 2013, the defendants' motions to dismiss are granted in their entirety; final judgment is entered dismissing the Complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
    December 10, 2013

                       **RUBY J. KRAJICK**

                         **Clerk of Court**
                BY:

                         **Deputy Clerk**

  **THIS DOCUMENT WAS ENTERED**
  **ON THE DOCKET ON** _____

*Stamp:* USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: \_\_\_\_\_ / DATE FILED: 12/10/13